## CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Richard Alex TUCCIO; DOB: 1993; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-09317MJ |

Complaint for violations of Title 18, United States Code §§ 922(a)(6) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about the dates listed below, in the District of Arizona, Richard Alex TUCCIO knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Richard Alex TUCCIO was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another person:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | March 22, 2022 | Citywide Supply, Tucson, AZ | Two (2) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistols with serial numbers PAC1168263 and PAC1168528 |
| 2 | July 6, 2022 | SNG Tactical, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1175317 |
| 3 | July 7, 2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1171175 |
| 4 | August 4, 2022 | Tactical Studio, Glendale, AZ | Two (2) Century Arms VSKA 7.62 x 39 mm semi-automatic rifles with serial numbers SV7124183 and SV7124624 |
| 5 | August 7, 2022 | Shoot 'Em Up, Glendale, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1171175 |
| 6 | August 10, 2022 | Tombstone Tactical, Phoenix, AZ | One (1) Riley Defense RAK-47 7.62 x 39 mm semi-automatic rifle with serial number B48062 |
| 7 | August 13, 2022 | Liberty Pawn Shop, Tucson, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC1176280 |
| 8 | August 13, 2022 | SNG Tactical, Tucson, AZ | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47008849 |
| 9 | August 26, 2022 | Tucson Equestrian T.P., Tucson, AZ | Two (2) Palmetto State Armory AK-47 7.62 x 39 mm semi-automatic rifles with serial numbers AKB078434 and AKB075454 |
| 10 | September 2, 2022 | Tactical Studio, Glendale, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC1180200 |

(continued on opposite page)

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:** See opposite page.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: None

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED by AUSA Matthew C. Cassell *(Digitally signed by MATTHEW CASSELL Date: 2023.12.20 12:11:53 -07'00')* | SIGNATURE OF COMPLAINANT<br>MATTHEW MANOOGIAN *(Digitally signed by MATTHEW MANOOGIAN Date: 2023.12.20 12:18:26 -07'00')*<br>OFFICIAL TITLE<br>Special Agent Matthew H. Manoogian, Bureau of Alcohol, Tobacco, Firearms, and Explosives |
|---|---|
| **Sworn to telephonically.** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 20, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

| | | | |
|---|---|---|---|
| 11 | September 7, 2022 | Tactical Studio, Glendale, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7128238 |
| 12 | September 28, 2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1180918 |
| 13 | October 24, 2022 | Tucson Equestrian T.P., Tucson, AZ | One (1) Palmetto State Armory AK-47 7.62 x 39 mm semi-automatic rifle with serial number AKB075321 |
| 14 | October 24, 2022 | Liberty Pawn Shop, Tucson, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7127165 |
| 15 | October 28, 2022 | Roe Armory, Glendale, AZ | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016595 and BFT47016206 |
| 16 | November 1, 2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1180915 |
| 17 | November 5, 2022 | Roe Armory, Glendale, AZ | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016307 and BFT47016193 |
| 18 | November 17, 2022 | Roe Armory, Glendale, AZ | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47016300 |

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:** In the course of investigating other individuals for gun trafficking offenses in September 2022, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) interviewed Richard Alex TUCCIO, on November 21, 2022. At the time of the interview, TUCCIO was not in possession of any firearms he previously acquired from various Arizona-based Federal Firearms Licensees (FFLs). TUCCIO admitted to straw purchasing the following firearms, four of which were recovered in the Republic of Mexico:

March 22, 2022: Two (2) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistols (serial numbers: PAC1168263, PAC1168528) from Citywide Supply, a federal firearms licensee (FFL) located in Tucson, AZ.

July 6, 2022: One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle (serial number: PAC1175317), from SNG Tactical, an FFL in Tucson, AZ.

July 7, 2022: One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle (serial number: PAC1171175) from City Wide Supply, an FFL in Tucson, AZ.

August 4, 2022: Two (2) Century Arms VSKA 7.62 x 39 mm semi-automatic rifles (serial numbers: SV7124183, SV7124624) from Tactical Studio, an FFL located in Glendale, AZ.

August 7, 2022: One (1) Pioneer Sporter 7.62 x 39 mm semi-automatic rifle (serial number: PAC1175957) from Shoot 'Em Up, an FFL located in Glendale, AZ, which occurred at a gun show in Tucson, AZ.

August 10, 2022: One (1) Riley Defense RAK-47 7.62 x 39 mm semi-automatic rifle (serial number: B48062) from Tombstone Tactical, an FFL located in Phoenix, AZ.

August 13, 2022: One (1) Pioneer Arms model Hellpup 7.62 x 39 mm semi-automatic pistol (serial number: PAC1176280) from Liberty Pawn Shop, an FFL located in Tucson, AZ.

August 13, 2022: One (1) Century Arms model BFT 47 7.62 x 39 mm semi-automatic rifle (serial number: BFT47008849) from SNG Tactical, an FFL based in Tucson, AZ.

August 26, 2022: Two (2) Palmetto State Armory model AK47 7.62 x 39 mm semi-automatic rifles (serial numbers: AKB078434, AKB075454) from Tucson Equestrian Trading Post, an FFL located in Tucson, AZ.

September 2, 2022: One (1) Pioneer Arms model Hellpup 7.62 x 39 mm semi-automatic pistol (serial number: PAC1180200), from SNG Tactical, an FFL based in Tucson, AZ

September 7, 2022: One (1) Century Arms model VSKA 7.62 x 39 mm semi-automatic rifle (serial number: SV128238) from Tactical Studio, an FFL based in Glendale, AZ.

September 28, 2022: One (1) Pioneer Arms model Sporter 7.62 x 39 mm semi-automatic rifle (serial number: PAC1180918) from Citywide Supply, an FFL based in Tucson, AZ.

October 24, 2022: One (1) Palmetto State Armory model AK47 7.62 x 39 mm semi-automatic rifle (serial number: AKB075321) from Tucson Equestrian Trading Post, an FFL based in Tucson, AZ.

October 24, 2022: One (1) Century Arms model VSKA 7.62 x 39 mm semi-automatic rifle (serial number: SV7127165) from Liberty Pawn Shop, an FFL based in Tucson, AZ.

October 28, 2022: Two (2) Century Arms model BFT47 7.62 x 39 mm semi-automatic rifles (serial numbers: BFT47016595, BFT47016206) from Roe Armory, an FFL located in Glendale, AZ.

November 1, 2022: One (1) Pioneer model Sporter 7.62 x 39 mm semi-automatic rifle (serial number: PAC1180915), from Citywide Supply, an FFL based in Tucson, AZ.

November 5, 2022: Two (2) Century Arms model BFT47 7.62 x 39 mm semi-automatic rifles (serial numbers: BFT47016307, BFT47016193) from Roe Armory, an FFL located in Glendale, AZ.

November 17, 2022: One (1) Century Arms model BFT47 7.62 x 39 mm semi-automatic pistol (serial number: BFT47016300) from Roe Armory, an FFL located in Glendale, AZ.